Alicia Mitchener Mosley

1363 Limit Avenue

Baltimore, MD 21239

E-MAIL YOUNGANJ@yahoo.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALICIA MITCHENER MOSLEY<br><br>Plaintiff,<br><br>V.<br><br>ONEWEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, HOMEFIRST MORTGAGE CORP, JACOB GEESING AND DOES 1 TO 10<br><br>Defendant(s), | Case No. 1:2011 CV00698<br><br>Hon: Richard D. Bennett<br><br>**APPLICATION FOR ENTRY OF DEFAULT** |

TO: CLERK OF THE COURT

1. Pursuant to Federal Rules of Civil Procedure, Rule 55(a), Plaintiff requests that Clerk enter default of Defendant(s), et. al., for failure to answer, plead in or otherwise defend this action, as stated in the affidavit annexed.

2. Plaintiff specifically requests that Clerk enter default of Defendant(s), et. al., therein for all Causes of Action as those causes of action. More than 21 days have passed since defendants were served process.

Date: August __02__, 2011

_____
Alicia Mitchener Mosley

# PROOF OF SERVICE BY MAIL

Federal Rules of Civil Procedure, Rule 5

STATE OF MARYLAND, COUNTY OF BALTIMORE

I am employed in the County of Baltimore State of Maryland, I am over the age of 18 and not a party to the within action;
My Business address is _____.

On August 02, 2011, I served the foregoing documents described as APPLICATION FOR DEFAULT, on The interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

HOME FIRST MORTGAGE CORP
207 SOUTH ALFRED STREET
ALEXANDRIA, VA 22314

KENNETH R. WEST, ESQ.
ABRAMS & WEST, P.C.
4550 MONTGOMERY AVENUE
SUITE 760N
BETHESDA, MARYLAND 20814

JACOB GEESING
BIERMAN, GEESING, WARD & WOOD, LLC
4520 EAST-WEST HIGHWAY, SUITE 200
BETHESDA, MARYLAND 20814

DEUTSCHE BANK NATIONAL TRUST COMPANY
1761 E SAINT ANDREW PLACE
SANTA ANA, CA 92705-4934

ONEWEST BANK, FSB
6900 BEATRICE DRIVE
KALAMAZOO, MI 49009

JOHN B. ISHBISTER
TYDINGS & ROSENBERG, LLP
100 EAST PRATT STREET, 26TH FLOOR
BALTIMORE, MARYLAND 21202

[ x ]  BY MAIL

    [ x ]  I deposited such envelope in the mail at Baltimore, Maryland. This envelope was mailed with postage thereon fully prepaid.

    [ ]  I am "readily familiar" with the business practice at my place of business for collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Baltimore, Maryland in the ordinary course of business.

    Executed on  August 02 , 2011, at Baltimore, Maryland

[ x ]  I declare under penalty of perjury under the laws of the State of Maryland that the above is true and correct.

Alicia Mitchener Mosley
Type or print name                                              Signature

3

APPLICATION FOR DEFAULT